UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: RICHARD P. MILLIGAN             CASE NO.: 10-51986-NPO
                                       CHAPTER: 7

## ORDER

Upon considering the Motion for Relief of US Bank, N.A., the lack of opposition thereto being filed by opposing parties, and the law and evidence,

**IT IS ORDERED** that the automatic stay in the above and entitled and numbered case is hereby lifted insofar as the following described property is affected thereby, whether this case is converted to another Chapter of Title 11 of the United States Code or in the event of any subsequent case filed by the Debtor under any Chapter of this Code, to-wit:

See Exhibit A attached hereto and made a part hereof.

**IT IS FURTHER ORDERED** that the subject property located at 270 Mccool St, Ocean Springs, Mississippi 39564 is hereby abandoned from the Estate.

**IT IS FURTHER ORDERED** that the fourteen-day stay of an order lifting stay provided by Bankruptcy Rule 4001(a)(3) is hereby dispensed with and waived.

Richard P. Milligan
Chapter 7
Case No.: 10-51986-NPO

**IT IS FURTHER ORDERED** that the Attorney Fees and Costs of $500.00 are allowed and may be assessed against the Debtor's outstanding balance due to owing to US Bank, N.A.

**SO ORDERED**

Respectfully Submitted
MORRIS & ASSOCIATES
2309 Oliver Road
Monroe, LA  71201
(318) 330-9020
mjedynak@ms.creditorlawyers.com

_____
Michael Jedynak (Bar# 10304)
Attorney for Mover

# EXHIBIT "A"
# LEGAL DESCRIPTION

Lot 51, Newport Village South Subdivision, as per map or plat thereof on file and of record in the Office of the Chancery Clerk of Jackson County, Mississippi in Plat Book 11, Page 4.

Said parcel of property carries the County Parcel Number

Said parcel of property is the same recorded in Deed Book 1138, Page 350 Land Deed Records of Jackson County, Mississippi.